IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| RANDY WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:21-cv-00067 |
| GRADY PERRY, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is Judge Holmes' Report and Recommendation (Doc. No. 40), which was filed on January 12, 2023. Through the Report and Recommendation, Judge Holmes recommends that the motion for summary judgment filed by Defendants Elaine Rodela, Jammie Garner, and Lareia Pitts (Doc. No. 38) be granted, that Defendants Heather Brewer and Rita Reaves (Reeves) be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to effect service of process on them, and that this action be dismissed with prejudice in its entirety. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, the motion for summary judgment (Doc. No. 38) is **GRANTED**, this action is **DISMISSED** as to Defendants Heather Brewer and Rita Reaves (Reeves) pursuant to Rule 4(m), and this case is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE